THE PEOPLE OF THE STATE OF NEW YORK ex rel. KESTER SANDY, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent.

Submitted November 24, 2014; decided December 18, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 909 (2014)].